UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DEFENDERS OF WILDLIFE | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 03-1558 (RCL) |
| GALE NORTON, Secretary of the Interior, and STEVEN WILLIAMS, Director, U.S. Fish & Wildlife Service, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The parties' Stipulated Settlement Agreement having been read and considered, and for good cause shown, the terms of the same are hereby ENTERED as set forth in that Agreement; and it is hereby

ORDERED that the Joint Motion [32] for Settlement is hereby GRANTED.  It is further

ORDERED that this action is hereby DISMISSED with prejudice.

This order constitutes the final judgment in this action.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 27, 2004.